**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TRENDA TAYLOR, *et al.*,

    *Plaintiffs*,

    v.

SUBSIDIZED PROPERTIES I, L.P., *et al.*,

    *Defendants*.

Civil Action
No. 1:17-cv-00117-WES-PAS

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), Plaintiffs Trenda Taylor and Rhode Island Commission for Human Rights and Defendants Subsidized Properties I, L.P., National Investments, Ltd., Carpionato Group, LLC, and Leesa McCarthy, being all parties who have appeared and remain in this action[1], by and through their respective undersigned counsel, hereby stipulate and agree to dismiss the above-captioned action, including all claims and counterclaims that were asserted or could have been asserted, with prejudice. Each party shall bear its own costs and attorneys' fees and each party waives all rights of appeal.

Dated: August 2, 2022

[*Signature page follows*]

---

[1] On or about November 25, 2020, this Honorable Court issued a Text Order entering the parties' Joint Stipulation of Dismissal without prejudice of all claims against Defendants Susan Mastrostefano, f/k/a Susan Vinacco, and Heather Paschoal.

Respectfully submitted,

| | |
|---|---|
| TRENDA TAYLOR | RHODE ISLAND COMMISSION FOR HUMAN RIGHTS |
| By Her Attorneys, | By Its Attorneys, |
| PARTRIDGE SNOW & HAHN LLP | |
| /s/ Joshua D. Xavier | /s/ John C. Bogue, Jr. |
| Steven E. Snow (#1774) | John C. Bogue (#8827) |
| Paul M. Kessimian (#7127) | 180 Westminster Street |
| Joshua D. Xavier (#9456) | Third Floor |
| 40 Westminster Street, Suite 1100 | Providence, RI  02903 |
| Providence, RI  02903 | (401) 222-7572 |
| (401) 861-8200 | (401) 222-2616 FAX |
| (401) 861-8210 FAX | john.bogue@richr.ri.gov |
| ssnow@psh.com | |
| pkessimian@psh.com | |
| jxavier@psh.com | |

SUBSIDIZED PROPERTIES I, L.P.,
NATIONAL INVESTMENTS, LTD.,
CARPIONATO GROUP, LLC, and
LEESA MCCARTHY,

By Their Attorneys,

O'LEARY MURPHY, LLC

/s/ Sean T. O'Leary
Sean T. O'Leary (#6035)
4060 Post Road
Warwick, RI  02886
(401) 615-8584
(401) 884-5302 FAX
sto@olearymurphy.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2022, the foregoing document has been filed electronically through the Rhode Island ECF system, is available for viewing and downloading, and will be sent electronically to the counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Joshua D. Xavier

4294075.1/30088-2